UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TAMME G. BOOTH,

                Plaintiff,

-against-                                      22 CIVIL 10114 (NSR)

                                                          **JUDGMENT**

NEW YORK PRESBYTERIAN HOSPITAL—
BEHAVIORAL HEALTH CENTER, DR. LAURA
L.FORESE, DR. PHILIP J. WILNER, SHAUNSMITH,
and PHYLLIS CAPAIGHI in their personal and
professional capacities,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, Defendants' motion to dismiss is GRANTED in its entirety. Plaintiff's first and second causes of action, asserting claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., and her sixth through ninth causes of action, asserting claims under the First, Fifth, and Fourteenth Amendments of the United States Constitution and Article I of the New York State Constitution, are dismissed with prejudice. To the extent Plaintiff's third and fourth causes of action are premised on religious discrimination, they are also dismissed with prejudice. To the extent that Plaintiff's third and fourth causes of action are premised on racial discrimination, they are dismissed without prejudice to renew in New York State court. Similarly, Plaintiff's fifth cause of action is dismissed without prejudice to renew in New York State court; accordingly, the case is closed.

**Dated:**  New York, New York

           March 29, 2024

                                                                         **RUBY J. KRAJICK**

                                                                           Clerk of Court

                                                 BY:

                                                                          Deputy Clerk